IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JAMES WILLIS BROWN, JR., )
)
    Plaintiff, )
)
v. ) CASE NO. CV419-246
)
STATE OF GEORGIA, )
)
    Defendant. )
)

O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which objections have been filed (Doc. 4). After careful consideration and review of the record, the report and recommendation (Doc. 3) is **ADOPTED** as the Court's opinion in this case. Plaintiff has failed to offer any meritorious objection to the report and recommendation. Accordingly, Plaintiff's Petition for Writ of Habeas Corpus (Doc. 2) is **DISMISSED** and his Motion for Leave to Proceed In Forma Pauperis (Doc. 1) is **DENIED AS MOOT**. In addition, Plaintiff is not entitled to a Certificate of Appealability, rendering moot any request to proceed in forma pauperis on appeal. The Clerk is **DIRECTED** to close this case.

SO ORDERED this 30th day of October 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA