# United States District Court
## Southern District of Georgia

James Willis Brown, Jr.

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV419-246

State of Georgia

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated October 30, 2019, adopting the Report and Recommendation of the Magistrate Judge as the opinion of this Court. Plaintiff's Writ of Habeas Corpus DISMISSED. Plaintiff is not entitled to a Certificate of Appealability. This action stands closed.

October 30, 2019
Date

Scott L. Poff
Clerk

(By) Deputy Clerk